GEORGE JOANNOU, Respondent, v. VICTOR SAMAAN et al., Appellants, et al., Defendants.—

The substance of item "24" was admitted by the pleadings. On the facts presented, the granting of the motion in other respects did not involve an improvident exercise of discretion. (Cf. *Bennett* v. *Harrisville Combing Mills*, 274 App. Div. 936.) Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ., concur.